■ GARY LUBNIEWSKI et al., Appellants, v S & C ELECTRIC Co., Respondent. [658 NYS2d 1018] —Appeal by the plaintiffs from an order of the Supreme Court, Suffolk County (Doyle, J.), entered April 22, 1996.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Doyle at the Supreme Court. Bracken, J. P., Sullivan, Pizzuto and Krausman, JJ., concur.